# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASIL BANNISTER, II,** | : | **Civ. No. 3:25-CV-1159** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **E\*TRADE FINANCIAL HOLDINGS** | : | |
| **LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, the defendants' motion to compel arbitration, (Doc. 14), is DENIED without prejudice to renewal after the parties conduct discrete, focused discovery on this issue. The parties shall consult, confer, and provide the Court with a joint proposal and timetable for the completion of discovery related solely to the issue of whether the parties entered into an agreement to arbitrate on or before **August 7, 2026.** If the parties agree that further discovery is not necessary to address this issue, the defendants may renew their motion to compel under the applicable Rule 56 standard on or before **August 21, 2026.**

10

So ordered this 21st day of July 2026.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

11